FULCHER *et al.* v. HOCKADAY.

No. 4767. Opinion Filed May 13, 1913.

(132 Pac. 673.)

APPEAL AND ERROR—Dismissal—Case-Made Settled in Parties' Absence. Syllabus same as first syllabus in Nat. Bank of Collinsville v. Daniels, 26 Okla. 383, 108 Pac. 748.

(Syllabus by the Court.)

*Error from District Court, Kingfisher County;*
*James W. Steen, Judge.*

Action between John Fulcher and others and Ed. Hockaday. From the judgment, the parties first mentioned bring error. Dismissed.

*L. C. McLean,* for plaintiffs in error.
*F. L. Boynton,* for defendant in error.

HAYES, C. J. This appeal is by petition in error and case-made. The record fails to show that defendant in error was present either in person or by counsel at the settlement

of the case-made, or that notice of the time and place of settlement was served upon him, or waived. A motion to dismiss upon this ground, as well as upon other grounds, some of which have merit, has been filed. The facts above stated alone require that the motion should be sustained. *First National Bank of Collinsville v. Daniels,* 26 Okla. 383, 108 Pac. 748.

All the Justices concur, except WILLIAMS, J., not participating.